**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS**

JANICE PROGIN, LISA COLLETON, and JOHN DOE, *individually and on behalf of all others similarly situated*,

Plaintiffs,

v.

UMASS MEMORIAL HEALTH CARE, INC., UMASS MEMORIAL COMMUNITY ENTITIES, INC., UMASS MEMORIAL MEDICAL CENTER, INC., UMASS MEMORIAL HEALTHALLIANCE-CLINTON HOSPITAL, INC., MARLBOROUGH HOSPITAL, and HARRINGTON MEMORIAL HOSPITAL, INC.,

Defendants.

Case No. 4:25-cv-40003-ADB

**DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' SECOND CONSOLIDATED AMENDED COMPLAINT**

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Defendants (collectively, "UMass Memorial") respectfully move this Court to dismiss Plaintiffs' Second Consolidated Amended Complaint with prejudice because Plaintiffs fail to state a claim upon which relief can be granted. The facts and arguments supporting this Motion are set forth in the accompanying Memorandum.

**REQUEST FOR ORAL ARGUMENT**

Pursuant to L.R. 7.1(d), UMass Memorial respectfully requests oral argument on this motion to dismiss should the Court not be inclined to grant the motion without such.

Dated: May 8, 2026

Respectfully submitted,

*/s/ Elizabeth A. Scully*

Elizabeth A. Scully (admitted *pro hac vice*)
BAKER & HOSTETLER LLP
1050 Connecticut Avenue, N.W., Suite 1100
Washington, DC 20036-5304
escully@bakerlaw.com
T: (202) 861-1500
F: (202) 861-1783

James H. Rollinson (BBO #649407)
BAKER & HOSTETLER LLP
127 Public Street, Suite 2000
Cleveland, OH 44116
jrollinson@bakerlaw.com
T: (216) 621-0200

Paul G. Karlsgodt (*pro hac vice* to be filed)
BAKER & HOSTETLER LLP
1801 California Street
Suite 4400
Denver, CO 80202-2662
pkarlsgodt@bakerlaw.com
T: (303) 764-4013

Stephen T. Paterniti (BBO #564860)
JACKSON LEWIS P.C.
75 Park Plaza, 4th Floor
Boston, MA 02116
Stephen.Paterniti@jacksonlewis.com
T: (617) 305-1221

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that, on May 8, 2026, a copy of the foregoing was served via CM/ECF which will serve the Plaintiffs' counsels of record.

*/s/ Elizabeth A. Scully*
Elizabeth A. Scully (admitted *pro hac vice*)
BAKER & HOSTETLER LLP

*Attorney for Defendants*